1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11    HON LAU,                                )    NO. CV 11-1243 JSL (FMO)
                                               )
12                        Petitioner,          )
                                               )
13              v.                             )    **JUDGMENT**
                                               )
14    STATE OF CALIFORNIA,                     )
                                               )
15                        Respondent.          )
                                               )
16    _____     )

17           IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

18

19    DATED:  Feb. 23, 2011.

20

21

22

23                                    _____
                                             J. SPENCER LETTS
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28